Official Form 8
( 12/03)

## UNITED STATES BANKRUPTCY COURT
## District of Maryland

In re: **Scott A. Shaffer**
**5780**

Case No. ____________
Chapter **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

a. *Property To Be Surrendered.*

| Description of Property | Creditor's Name |
|---|---|
| **None** | |

b. *Property To Be Retained.* *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) | Other |
|---|---|---|---|---|---|
| **1. Utilities service judgment filed Case No. 070200043382005** | **Baltimore Gas & Electric Company** | | | | |
| **2. 2003 Dodge Ram VIN 1D7HU16D83J576303** | **Chrysler Financial** | | | **X** | |
| **3. State of MD v. Scott A. Shaffer Case No. 001835559 Income tax due for tax year 12/31/2001** | **Comptroller of the Treasury** | | | | |
| **4. Prince George's County, MD v. Shaffer, Scott; District Court of MD Case No. 0502-0043406-2004** | **Prince George's County, MD** | | | | |

Date: **10/14/2005**

**s/ Scott A. Shaffer**
Signature of Debtor