Form fnldec (10/05)

# UNITED STATES BANKRUPTCY COURT
## District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8303
Baltimore, MD 21201

---

**Case No.: 05−39350 Chapter: 7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Scott A. Shaffer
aka Bowie Seafood, Inc., aka Bowie
Seafood Market
900 Chestnut Wood Court
Curtis Bay, MD 21226

Social Security No.: xxx−xx−5780

Employer's Tax I.D. No.:

Petition for Relief under Chapter 7 of Title 11, U.S. Code, filed by or against the above−named Debtor(s) on 10/14/05

---

## FINAL DECREE

The estate of the above−named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Monique D. Almy is discharged as trustee of the estate of the above−named debtor and the bond is cancelled; and the chapter 7 case of the above named debtor is closed.

Dated: 1/26/06

*Duncan W. Keir*
U.S. Bankruptcy Judge